# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Kareem Abdullah Kirk,

    Plaintiff,

vs.

Alvin W. Keller, Jr.,

    Defendant.

JUDGMENT IN A CIVIL CASE

3:11-cv-513-RJC

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 28, 2011 Order.

Signed: October 28, 2011

Frank G. Johns, Clerk
United States District Court